UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ERNEST FOUST #455956,

Plaintiff,

v.

BRIDGET FOUST et al.,

Defendants.
_______________________________/

Case No: 1:26-cv-1527

HON. ROBERT J. JONKER

**ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 24, 2026 (ECF No. 9). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 9) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED** and the case **TERMINATED**.

Dated: August 19, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE